UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT R. ZABRISKIE,

    Petitioner,

v.                                                                                    CASE NO. 6:11-cv-490-Orl-35DAB

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

_____/

**ORDER**

Pursuant to paragraph two of the Court's Order of July 15, 2011 (Doc. No. 11), Petitioner was required to file the December 15, 2007, physician evaluation that he references in the initial petition filed in this case and provide information as to his current mental status sufficient to allow the Court to determine whether he is able to proceed in this case. As of the date of this Order, Petitioner has failed to comply.

Accordingly, within fourteen (14) days from the date of this Order, Petitioner shall comply with paragraph two of the Court's Order of July 15, 2011 (Doc. No. 11). The failure to do so shall result in the dismissal of this action without further notice. The Court is amenable to the submission of the entire report (and any information relevant to his current mental status) under seal, and the Clerk of the Court is directed to accept such a

filing under seal if so submitted.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 13th day of September, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
OrlP-2 9/13
Scott R. Zabriskie