**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCOTT R. ZABRISKIE,**

    **Petitioner,**

**v.**                                                   **Case No.   6:11-cv-490-Orl-35DAB**

**SECRETARY, DEPARTMENT**
**OF CORRECTIONS,** *et al.*,

    **Respondents.**

_____/

## ORDER OF DISMISSAL

On November 2, 2011, the Court ordered Petitioner to show cause, within fourteen days from the date of the Order, why this case should not be dismissed for failure to keep this Court advised of his current address (Doc. No. 20). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 28th day of November, 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 11/23
Scott R. Zabriskie